UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ISAAC ROJAS,

                      **Plaintiff,**                  17-CV-09350 (SN)

      -against-                                  **ORDER**

**EAST SIDE BAGEL CAFÉ, INC., et al.,**

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    In this Fair Labor Standards Act case, the parties submitted their proposed settlement agreement on August 27, 2018. ECF No. 30. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

DATED:    August 30, 2018
                 New York, New York

_____
SARAH NETBURN
United States Magistrate Judge